IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

U.S. BANK, NATIONAL ASSOCIATION, *
AS TRUSTEE FOR THE REGISTERED
HOLDERS OF MERRILL LYNCH          *
MORTGAGE TRUST 2007-C1,
COMMERCIAL MORTGAGE PASS-THROUGH *
CERTIFICATES, SERIES 2007-C1
                                  *   CIVIL ACTION NO. MJG-18-653
         Plaintiff
                                  *
    vs.
                                  *
ORDNANCE ASSOCIATES, LLC, et al.
                                  *
         Defendants
*     *     *     *     *     *     *     *     *

MEMORANDUM AND ORDER

The Court has before it the Motion for Appointment of Receiver and Injunctive Relief [ECF No. 3] and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

The record indicates that service was effectuated on Defendant OP Partners, LLC on March 9, 2018 [ECF No. 7], so that a response to the Complaint was due to be filed within 21 days, on March 30, 2018. Likewise, service was effectuated on Defendant Ordnance Associates, LLC on March 20, 2018 [ECF No. 12], so that a response was due to be filed on April 10, 2018. Defendants have not timely responded to the Complaint.

The instant motion was filed March 5, 2018, so that had

Defendant been served, a response would be due March 19, 2018. The Court does not find Defendants responsible for addressing the motion prior to becoming parties to the case.

However, by the date of this writing Defendants have failed to respond to the Complaint or to the motion. Hence, the Court deems the motion to be unopposed.

Accordingly:

1. The Motion for Appointment of Receiver and Injunctive Relief [ECF No. 3] is unopposed and is GRANTED.

2. The Order requested by Plaintiff shall be issued herewith.

SO ORDERED, this Tuesday, April 24, 2018.

/s/
Marvin J. Garbis
United States District Judge